## SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
### 43 CORPORATE DRIVE
### HAUPPAUGE, NEW YORK
(631) 873-xxxx
FAX (631) 8xx-xxxx

Counsel
Susan B. Jannace

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Mary C. Azzaretto
Daniel P. Borbet
Thomas J. Jannace
Irina Feferman*
Ian E. Hannon
Matthew C. Maloney

April __, 2022

> The conference scheduled to proceed on April 27, 2022 is adjourned and shall held in-person at 10:30 a.m. on May 23, 2022 in Courtroom 520.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 15.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        April 21, 2022

**Via ECF**
Honorable Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  Latia Williams v. Target Corporation
     Docket No.: 21-cv-09604-PMH
     Our File No.: 384-9762

Dear Hon. Judge Halpern,

Our office represents defendant, Target Corporation ("Target") in connection with the above-referenced matter. In response to the Court's April 15, 2022 Order, annexed hereto are the discovery demands and responses that are the subject of the parties' discovery dispute letter (D.E. #13).

The undersigned also requests a brief adjournment of the April 27, 2022 in-person conference as I am already scheduled for two in-person settlement conferences in Nassau County, Supreme Court that morning. I conferred with plaintiff's counsel, Michael Rubin on April 20, 2022, who consented to this application. The parties jointly propose the following alternative dates: April 28, 2022, April 29, 2022 or May 6, 2022.

Thank you for the opportunity to address the Court in this matter.

Respectfully submitted,

/s/ Ian E. Hannon
Ian E. Hannon (ih-1464)

IEH:
Enclosures
704477

cc:  Via ECF
     Michael Rubin, Esq.